UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE POLANCO DIAZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFF LYNCH, et al.,<br><br>  Defendants. | No. 2:21-cv-0916 KJN P<br><br>ORDER AND FINDINGS &<br>RECOMMENDATIONS |

By order filed October 7, 2021, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On November 10, 2021, plaintiff was granted an additional sixty days in which to file an amended complaint. Sixty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 25, 2022

> _Kendall J. Newman_
> KENDALL J. NEWMAN
> UNITED STATES MAGISTRATE JUDGE

/diaz0916.fta