UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE POLANCO DIAZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEFF LYNCH, Warden, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-0916 KJM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel.  Plaintiff filed a motion requesting law library access while he was housed at California State Prison, Sacramento. However, plaintiff was subsequently transferred to the Los Angeles County Jail, where he remains currently housed.  Moreover, at the same time he filed his motion, plaintiff submitted his amended complaint, which the court screened by separate order.  Thus, at the time he filed his motion for law library access, plaintiff faced no court deadlines in this action.

　　　　For the above reasons, the undersigned finds plaintiff's motion is moot, and denies the motion without prejudice.

　　　　In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 18) is denied without prejudice.

Dated:  October 17, 2022

/diaz0915.lib

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE