IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELIPE POLANCO DIAZ,** | Case No. 2:21-cv-0916 KJM KJN P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **LYNCH et al.,** | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se. Having reviewed defendant's motion to opt out of the post-screening ADR project, the Court finds that the request is supported by good cause. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 36) is granted;

2. The ADR stay of this action (ECF No. 34) is lifted; and

3. Defendant is ordered to file a responsive pleading within thirty days from the date of this order.

Dated: October 2, 2023

/diaz0916.opt

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE