UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE POLANCO DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA TORCEDO,<br><br>    Defendant. | No. 21-cv-0916 KJM CSK P<br><br>ORDER |

    Plaintiff is a state prisoner, proceeding pro se. On August 12, 2024, plaintiff filed a belated response to the Court's August 7, 2023 order referring the case to the post-screening ADR project (ECF No. 34), and asked that the Court set a settlement conference (ECF No. 59). On August 14, 2024, defendant filed an opposition to plaintiff's motion. (ECF No. 60.)

    Plaintiff's motion is untimely. Moreover, on October 2, 2023, the court granted defendant's request to opt out of the ADR project. (ECF No. 38.) Thus, plaintiff's motion is also moot and is denied.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to set a settlement conference pursuant to the ADR project (ECF No. 59) is denied as moot.

Dated: August 19, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/diaz0916.den.59

1