UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE POLANCO DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>MARIA TORCEDO,<br><br>Defendant. | No. 2:21-cv-00916-DC-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 66, 68, 70) |

Plaintiff Felipe Polanco Diaz is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2024, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motions for reconsideration of the court's August 23, 2024 order denying Plaintiff's motion for injunctive relief (Doc. No. 66, 68) be denied, and to the extent those motions seek new injunctive relief, the magistrate judge likewise recommends those motions for injunctive relief be denied. (Doc. No. 70.) The magistrate judge further recommended Plaintiff's putative claim under the Americans with Disabilities Act ("ADA") and motion for ADA accommodations (Doc. No. 68) be denied without prejudice. Those pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 16.) To

1

date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 19, 2024 (Doc. No. 70) are ADOPTED in full;
2. Plaintiff's motions for reconsideration and injunctive relief (Doc. Nos. 66, 68) are DENIED;
3. Plaintiff's putative ADA claim and motion for ADA accommodations (Doc. No. 68) are DENIED without prejudice; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 6, 2025**

Dena Coggins
United States District Judge